

**Fatima G. WELIVER, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3344.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Tommy L. BROWN, Petitioner,**

v.

**DEPARTMENT OF THE ARMY, Respondent.**

No. 04–3384.

United States Court of Appeals, Federal Circuit.

Oct. 29, 2004.

**ORDER**

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John D. HORTON, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 04–3235.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2004.

ORDER

Petitioner having filed the required brief, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.